No. 1047. SERRA, DEMANDANTE Y APELADA, *v.* SERRA, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de Ponce.  Moción de la parte apelante desistiendo

de la apelación. Resuelto en noviembre 7, 1913. Con lugar la moción. Abogado de la apelada: *Sr. José Tous Soto.* Abogado de la apelante: *Sr. Francisco Parra.*